United States District Court
Southern District of Texas
FILED

MAR - 1 2010

, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: Walker Schmidt                                    CASE NO. 05-20067

DEBTOR                                                   CHAPTER 12

## MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)

THE UNDERSIGNED TRUSTEE REPROTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: February 26, 2010

*[signature]*

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 Fax:(254) 853-3200

EXHIBIT A

Please check one:
    ___    small dividends
    _X_    unclaimed dividends

| NAME | AMOUNT |
|---|---|
| Crescent Machinery Company | $725.00 |
|  | $528.99 |
|  | $1253.99 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **Walker Schmidt**              **CASE NO. 05-20067**

**DEBTORS**                            **CHAPTER 12**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **Walker Schmidt CASE NO. 05-20067** by prepaid regular U.S. Mail on this 26th day of February 2010.

_____
M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

Walker Schmidt
1105 Simmons Ave.
Jourdanton, TX 78026

U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78476

Dean W. Greer
Attorney at Law
2929 Mossrock Ste. 117
San Antonio, TX 78230

Crescent Machinery Company
P.O. Box 565548
Dallas, TX 75356-5548

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557